IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

    v.       :   Civil No. JFM-91-2676

MITCHELL J. ZEITLER       :

    Defendant.       :

.....ooOoo.....

ORDER OF SATISFACTION

Mr. Clerk:

    Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410/209-4800
(Trial Bar No. 24894)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18t day of December, 2006, a copy of the Order of Satisfaction was sent, first class mail, postage prepaid to:

> Mitchell J. Zietler
> 6650 Nature Preseve Ct.
> Naples, FL 34109

Thomas F. Corcoran
Assistant U.S. Attorney